IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ALLEN E. PEITHMAN JR.,<br><br>              Defendant. | **4:13CR3010**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion of attorney Korey L. Reiman to withdraw as counsel of record for defendant Allen E. Peithman, Jr., (filing no. 8), is granted.

2) The clerk shall delete Korey L. Reiman from any future ECF notifications herein.

January 30, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge