"

KP "VJ G"WP KVGF "UVCVGU"F KUVTKEV"EQWTV"
HQT"VJ G"F KUVTKEV"QH'P GDTCUMC"

WP KVGF "UVCVGU"QH'CO GTKEC."
"
      Rnckpvkhh"""
"
"   xu0"
"
CNNGP "G0RGKVJ O CP "LT0"
"
      F ghgpfcpv0'

**4:13CR3010**

**DETENTION ORDER**

Chvgt "chhqtfkpi "vjg"fghgpfcpv "cp rqrtwpkv{ "hqt"c"fgvgpvkqp"jgctkpi "wpfgt "vjg"Dckn "
Tghqto "Cev'3: "WUE0E0'È"5364 *h+."vjg"eqwtv"eqpenwfgu"vjg"fghgpfcpv"o wuv"dg"fgvckpgf "r gpfkpi "
vtkcn0'

Vjgtg "ku"c"tgdwwcdng "rtguwo rvkqp "qt"eqo dkpcvkqp "qh"eqpfkvkqpu"qh"
tgngcug"y knn'tgcuqpcdn{ "cuuwtg"vjg"fghgpfcpvÓu'crr gctcpeg'cv'eqwtv'r tqeggfkpi u'cpf "vjg"uchgv{"qh"
vjg"eqo o wpkv{"dgecwug"vjgtg"ku"rtqdcdng"ecwug"vq"dgnkgxg"vjg"fghgpfcpv"eqo o kvvgf"c"ftwi "etko g"
wpfgt"vjg"Eqpvtqnngf "Uwduvcpegu"Cev'*43"WUE0È"23:"gv'ugs0+."hqt"y j kej "vjg"fghgpfcpv"eqwnf"dg"
tgs wktgf "vq"ugtxg"vgp"qt"o qtg"{gctu'kp'rtkuqp0"Vjg"fghgpfcpv'jcu'pqv'tgdwwgf"vjku'rtguworrvkqp0"

Urgekhkecnn{ ."vjg"eqwtv"hkpfu"d{ "c"vjg"fghgpfcpv "ku"pqy " ej cti gf "kp"c"uwrgtugfkpi "
kpfkevo gpv"y kvj "eqo o kvkpi "ftwi /tgncvgf " qhhgpugu"y j kng"qp"rtgvtkcn "tgngcug"qp"j ku"kpkvkcn"
kpfkevo gpv?"cnxgf "vjg"tki j v"v'vq"eqpfkvkqpu"qh"tgngcug"cu"j gctkpi "dckngf "qh'vjg"pgy "ej cti g'qp'vjg"
uwrgtugfkpi "kpfkevo gpv?"cpf "pq"eqo dkpcvkqp"qt"eqpfkvkqpu"qh"eqpfkvkqpu"ctg"ewttgpvn{ "cxckncdng"
y j kej "y knn'uwhhkekgpvn{ "co gnkqtcvg"vjg"tkum"rqugf 'kh'vjg"fghgpfcpv'ku'tgngcugf0"

F ktgevkqpu"Tgi ctfkpi "F gvgpvkqp"
"

Vjg"fghgpfcpv'ku'eqo o kvvgf "vq"vjg"ewuvqf { "qh'vjg"Cwvqtpg{ "I gpgtcn'qt"c"fguki pcvgf "
tgrtgugpvcvkxg"hqt"eqphkpgo gpv"kp"c"eqttgevkqpu"hceknkv{ "ugrctcvg."vq"vjg"gzvgpv'rtcevkecdng."htqo "
r gtuqpu"cy ckvkpi "qt"ugtxkpi "ugpvgpegu"qt"j gnf "kp"ewuvqf { 'rgpfkpi "crr gcn0'Vjg"fghgpfcpv'o wuv'dg"
chhqtfgf 'c"tgcuqpcdng"qrrqtwpkv{ "vq"eqpuwnv'rtkxcvgn{ "y kj "fghgpug"eqwpugn0'Qp'qtfgt'qh'Wpkvgf "
Uvcvgu"Eqwtv'qt"qp"tgswguv'qh'cp"cwvqtpg{ "hqt"vjg"I qxgtpo gpv."vjg"r gtuqp"kp"ej cti g'qh'vjg"
eqttgevkqpu'hceknkv{ "o wuv'fgnkxgt"vjg"fghgpfcpv'vq"vjg"Wpkvgf "Uvcvgu"o ctuj cn'hqt"c"eqwtv'
crr gctcpeg0'

"   O ctej "48."42350'

D[ "VJ G"EQWTV<"
"
*s/ Cheryl R. Zwart*
Wpkvgf "Uvcvgu'O ci kuvtcvg'Lwfi g"

"