IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:13CR3010 |
| v. | ) | |
| ALLEN E. PEITHMAN JR., | ) | **ORDER** |
| Defendant. | ) | |

It is ordered that filing 60 is granted, and the U.S. Marshal Service shall release $7,000.00 via electronic funds transfer payable to the business checking account of Dirt Cheap. Counsel for the government shall provide the routing information to the U.S. Marshal.

DATED this 9th day of January, 2014.

BY THE COURT:

s/ Richard G. Kopf
United States Senior District Judge